No. 22-16566

_____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

_____

GARRISON JONES

Plaintiff–Appellant,

v.

VELOCITY TECHNOLOGY SOLUTIONS

Defendants–Appellees.

_____

On Appeal from a Judgment of the

United States District Court for the Eastern District of

California Case No. 2:19-cv-02374, Hon. Jeremy Peterson

_____

OPENING BRIEF FOR APPELLANT GARRISON JONES

Pro Se Appellant

_____

January 3, 2023

Judgment, October 11, 2022, ECF 142, 147, 98.................................................................

**Certificate of Services**

**STATEMENT**     3i

TABLE OF AUTHORITIES ............................................................................ 4

**INTRODUCTION** .......................................................................................... 5

...................................................................................................................... 2

**ISSUES PRESENTED** ................................................................................... 2

**STATEMENT OF THE CASE** ...................................................................... 3

I.     Factual background ................................................................................ 3

      A.     Jones serious health conditions ............................................................ 3

      B.     Defendant willful intent to " violations plaintiff rights  under the Family and Medical Leave Act… *Olson v. United States, 980 F.3d 1334 (9th Cir. 2020*……………………………4

      C.
      D.     Defendants' ......................................................................................... 6

**SUMMARY OF ARGUMENT** ......................................................................8

**STANDARD OF REVIEW** .......................................................................... 10

**ARGUMENT** ............................................................................................... 10

Sssssn

## STATEMENT

The appellant Garrison Jones brings this appeal to the Ninth Circuit Court of Appeals on the grounds of extreme egregious abuse of discretion by the presiding magistrate and Chief Judge of the US District Court of Eastern California in complaint 2:19-cv-02374 filed on November 25, 2019.

The Ninth Circuit Court of Appeals are about to embark on/ preside over the most horrific, unprecedented FMLA case in the history of FMLA litigation where the employer (Velocity) by via false allegations/claims made during the approved FMLA leave first filed an FMLA complaint with the USDOL at the advise of their defense attorneys from the law firm of Ogltree Deakins Nash, Smoak Stewart PC, then after losing an appeal in the Arizona Court of Appeals filed by plaintiff that made the decision plaintiff had been unlawfully terminated and not for misconduct, on March 15, 2018 less than 3 weeks after the employer (Velocity) had approved him for FMLA medical leave.

The plaintiff received in a 3 week span three (3) separate Notices of Termination from Velocity and organizations hired by Velocity to administer Cobra from approximately February 24, 2018 thru March 15, 2018.

In total plaintiff was notified of seven (7) separate notices of his termination before he applied to the state of Arizona for unemployment benefits on April 8, 2018.

As the court is well aware, FMLA medical leave is "unpaid". Plaintiff did not arbitrarily apply for unemployment benefits. He applied for benefits because he received multiple notice of termination via USPS mail and via his personal email account garrison.jones@outlook.com that Velocity had terminated his employment while on approved FMLA medical leave and as such Velocity intentionally with total complete disregard and with reckless disregard of their actions, deliberately and with intent to do so, interfered with the FMLA rights of Garrison Jones.

As the court knows, FMLA is "unpaid medical leave". Plaintiff did not arbitrarily apply for unemployment benefits, he applied for unemployment benefits. He applied for benefits because he received multiple notice of termination from Velocity in the USPS mail, and via his personal email account garrison.jones@outlook.com. Pursuant to *Shultz v. Shearith, No. 16-3140 **(2d Cir. 2017) and** Fowler v. AT&T Inc., No. 20-2247 (3d Cir. 2021),* **A**
.·˙°⚏⟦⟧⚏ °≻ ⚏⚏₋⊤⚏⟧↦₊⌐°⚏ ∩₋ ↦⚏ ⚏⚏₋⚏₋₋ ⟦⟧₋⌐°⚏

⚏⚏ℓ⚏⚏⚏ ↦ ⚏↦ℓ₋⚏ ⌐λ°⚏₋⊤⚏⚏₋

4

6