No. 20-16566

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GARRISON JONES
*Plaintiff /Appellant*

v.

VELOCITY TECHNOLOGY SOLUTIONS /NAVISITE *et al.*,

*Defendants-Appellees*

Appeal from United States District Court for the Eastern District of California
Civil Case No. 2:19-cv-02374 (Honorable Jeremy Peterson)

**Appeallant Exhibits**

**Support of Order of Protection**

*Garrison Jones -Appellant – Pro Se*

## STATEMENT

I am using a borrowed machine to create this notice.

Appellant Garrison Jones has contacted the office of the clerk in regards to the corrupted opening brief file uploaded on March 30, 2023. He was told to file a motion for corrected copy of opening brief which was done on March 31. The court has made a corrected entry DKT 20-1.

Appellant must inform the court that the fix/resolution by Microsoft did not resolve the issue with the corruption and the input file and that the uploaded PDF file per the support people may also contain a virus.

After the fix was applied, it still created garbled PDF files. It was recommended to make copies of input file before creating a PDF however that did not resolve the issue,

It was discovered that the problem was more extensive. The issue was more complicated than my skills and my knowledge. It needed professional desktop support.

The machine was taken back to Best Buy on Saturday April 1, 2023 as it was still under warranty and a service ticket for the Geek Squad was created.

It was discovered that the machine had up to 5 separate viruses on it including one in the CMOS/bios They used a more probing higher-grade version of virus protection than what was installed. The software found that both the input Word document, the pdf file the CMOS and the bios all contained a virus.

They reimaged the machine back to factory settings and attempted to restore the back up files however, the virus protection software detected a serious CMOS virus and it was determined they could not proceed. Today, I just learned it is "unrepairable" but based on the warranty, I am eligible to have it replaced with an equal or lesser value machine that will be available on Wednesday. After they get the replacement machine, they will be able to restore my all files except all of the quarantined or deleted files that were infected by the virus. This includes the Word document used for input and the PDF files that it created.

At this point the machine will be returned to me. However, they informed me that the PDF file I uploaded to the Court of Appeals website may also be infected and that I should contact the court and make them aware of the issue and delete the file immediately.

I am not sure if the court system does any form of virus protection on uploaded files but as the court can see , the file is corrupted and potentially dangerous to open and use. Please address this issue ASAP and delete the pd f attached to DKT 18 and DKT 19 attached to Motion for Correction to Opening Brief.

Thanking the court for its urgent attention to this matter. I will begin recreating opening brief as soon as my machine is returned on Wednesday. Please advise of the new date it must be received due to this issue.

Dated: APRIL 03, 2023                                     <u>Garrison Jones</u>
                                                                                    *Appellant Pro Se*